AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES

V.

GERALD NASTARI

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-200 JLA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALEXANDER | SETH BERMAN | PAGE KELLY |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 02/13/04 | DIGITAL RECORDER | REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/13/04 | direct | | GARY S. CACACE, S/A FBI |
| 1 | | 2/13/04 | X | X | COMPLAINT & AFFIDAVIT OF GARY S. CACACE, S/A FBI |
| 2 | | 2/13/04 | X | X | BOOKING PHOTO OF DEFENDENT WITH 2/11/04 ARREST DATE |
| 3 | | 2/13/04 | X | X | 5/24/04 PHOTO OF DEFENDENT WITH 9:29 TIME |
| 4 | | 2/13/04 | X | X | 5/24/04 PHOTO OF DEFENDENT WITH 9:28 TIME |
| 5 | | 2/13/04 | X | X | PHOTO OF DEFENDENT BLOW UP OF PHOTO WITH 9:28 TIME PHOTO |
| 6 | | 2/13/04 | X | X | PHOTO OF DEFENDENT BLOW UP OF PHOTO WITH 9:28 TIME PHOTO |
| X | | 2/23/04 | cross | | GARY S. CACACE, S/A FBI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

| Defendant Name | DOB | SSN | Race | Gender | Arrest Date |
|---|---|---|---|---|---|
| Nastari, Gerald J | 03/19/1957 | | White | Male | 02/11/2004 |

Case 1:04-mj-00200-JLA   Document 6   Filed 02/13/2004   Page 2 of 6


Front


Side
















