# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                            CRIM. CASE NO:     MJ04-M-200:001 JLA

GERALD NASTARI
            Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

On February 11, 2004, the defendant in the above-entitled case appeared before this Court for an initial appearance on a complaint charging him with 18 U.S.C. § 2113 (a), robbery by force of federally insured bank, and 18 U.S.C. § 1001, false statements to federal official. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney PAGE KELLEY of the Federal Defender Office for the District of Massachusetts be appointed, effective as of February 11, 2004, to represent said defendant in this cause until further order of the Court.

SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk

February 18, 2004
Date